# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**JEREMY WAYNE GLADDEN**                                                        **PLAINTIFF**

V.                         **CASE NO. 2:24-CV-2110**

**DETECTIVE SERENA HOLLAND, Lufkin, Texas;**
**LIEUTENANT WESLEY WAGGONER, Lufkin, Texas;**
**CAPTAIN MICHAEL HUBER, Johnson County, Arkansas;**
**and INVESTIGATOR DEREK ROGERS, Johnson County, AR**     **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that:

(1) All claims against Defendants Holland and Waggoner are dismissed for lack of personal jurisdiction;

(2) all Fifth and Sixth Amendment Denial of Counsel Claims are dismissed; and

(3) the denial of medical care claims arising after Gladden's incarceration are dismissed.

This leaves for later resolution Gladden's false arrest claim, his excessive force claim, and his denial of medical care at the scene of the arrest claim. By separate order the Amended Complaint will be served on Defendants Huber and Rogers.

**IT IS SO ORDERED** on this 29th day of October, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE